**\*\* NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES | § | |
| VS. | § | CIVIL ACTION NO. 9:20-CV-242 |
| B. LEWIS, WARDEN EASTHAM UNIT | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Kevin Jerome Jones, an inmate confined at the Eastham Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendant B. Lewis, Warden of The Eastham Unit.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends this case be dismissed pursuant to 28 U.S.C. § 1915(g) (docket entry no. 6).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**. A Final Judgment will be entered in this

---

[1] Plaintiff received a copy of the Report and Recommendation on February 1, 2021 (docket entry no. 7).

case in accordance with the Magistrate Judge's recommendations.

      So ORDERED and SIGNED, Apr 15, 2021.

                                                      _____
                                                      Ron Clark
                                                      Senior Judge